## ESTATE OF Henry BARABIN; Geraldine Barabin, personal representative, Plaintiffs–Appellees,

### v.

## ASTENJOHNSON, INC., Defendant–Appellant.

### Estate of Henry Barabin; Geraldine Barabin, Plaintiffs–Appellees,

### v.

## AstenJohnson, Inc., Defendant, and Scapa Dryer Fabrics, Inc., Defendant–Appellant.

### Nos. 10–36142, 11–35020.

United States Court of Appeals, Ninth Circuit.

March 25, 2013.

Lloyd F. Leroy, James P. Nevin, Esquire, Gilbert L. Purcell, Esquire, Senior, Brayton Purcell, LLP, Novato, CA, Philip A. Talmadge, Esquire, Sidney Charlotte Tribe, Talmadge/Fitzpatrick, Tukwila, WA, for Plaintiffs–Appellees.

Michael Barr King, Carney Badley Spellman, P.S., George William Shaw, K&L Gates LLP, Daniel W. Ferm, Eliot M. Harris, Esquire, Mary H. Spillane, Williams Kastner & Gibbs PLLC, Seattle, WA, Forrest Ren Wilkes, Forman Perry Watkins Krutz & Tardy, New Orleans, LA, Mary Elizabeth O'Neill, Esquire, Henry Lane Young, III, Hawkins Parnell Thackston & Young LLP, Atlanta, GA, for Defendants–Appellants.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and

Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Christen did not participate in the deliberations or vote in this case.